# United States District Court

__CENTRAL__ DISTRICT OF __ILLINOIS__

UNITED STATES OF AMERICA

v.

PRODION DONYEL WARD

**CRIMINAL COMPLAINT**

CASE NUMBER: 07 MJ 6006

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __January 16, 2007__ in __Peoria__ county, in the __Central__ District of __Illinois__ defendant, (Track Statutory Language of Offense) knowingly possessed more than fifty (50) grams of a mixture and substance containing cocaine base (crack), a Schedule II controlled substance, with intent to distribute,

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 841(b)(1)(A)__

I further state that I am a(n) __Task Force Officer, DEA__ and that this Complaint is based on the following facts:

See attached Affidavit in support of Complaint which is made a part hereof.

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

s/ Officer
Signature of Complainant
John Couve
Task Force Officer, DEA

Sworn to before me and subscribed in my presence,

__Jan. 17, 2007__ at __Peoria, Il.__    Peoria, Illinois
Date                                     City and State

JOE B. MCDADE
United States District Court Judge
Name & Title of Judicial Officer

s/Judge Joe B. McDade
Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF COMPLAINT

1. Complainant has been a police officer with the City of Peoria for the past nineteen years and is currently assigned to the special Investigations Division, Vice and Narcotics Unit. Complainant has attended basic law enforcement classes and a Cook County Multi-County Enforcement Group (MEG) forty hour basic narcotics investigation school. Complainant was sworn in as a Federal Task Force Officer with the DEA in Springfield, Illinois in October 2004.

2. This affidavit is made in support of an application for an arrest warrant for Prodion D. WARD. The unlawful activities are the possession with intent to distribute more than fifty grams of a mixture and substance containing crack cocaine, in violation of Title 21 U.S.C., Section 841(a)(1) and (b)(1)(A).

3. Your affiant is familiar with the following facts based upon your affiant's personal observations and upon information officially supplied to your affiant by other law enforcement agents or the people described in this affidavit.

4. Peoria Police Special Investigations Division (SID) received information that Prodion WARD was a distributor of cocaine in the Peoria area. During this investigation, enough information was gathered to prepare a complaint for search warrant and search warrant for WARD and his residence at 821 N.E. Jefferson, Peoria, Illinois. These documents were reviewed and signed by Judge A. Purham.

5. On January 16, 2007, members of the Peoria Police S.I.D. unit conducted a search warrant at 821 N.E. Jefferson, Peoria, Illinois and Prodion D. WARD, D.O.B. 03/05/1976. WARD was located and secured in the living room of the residence. A clear plastic bag containing suspected crack cocaine was located on the floor in front of the couch in the living room. The bag of suspected crack cocaine weighed approximately 87.7 grams with packaging. Officer D. Duncan conducted a field test on the suspected crack cocaine using the Valtox kit and a positive reaction for the presence of cocaine was observed. WARD admitted to agents that the crack cocaine belonged to him.

6. Paperwork in the name of WARD at 821 N.E. Jefferson was located in the residence as well as an electronic scale.

7. Based on the information in this affidavit, your affiant requests the issuance of an arrest warrant for Prodion D. WARD.

s/ Officer

TFO/John P. Couve
Drug Enforcement Administration

Sworn to and subscribed to
Before me this date

January 17, 2007

s/Judge Joe B. McDade

Joe B. McDade
United States District Court Judge
Peoria, Illinois